No. 11–1456. BROWN v. BOWMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–1457. READ v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 11–1460. AWAND ET VIR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–1461. BULLOCK v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY. C. A. 4th Cir. Certiorari denied.

No. 11–1462. ROBERTS v. PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO. C. A. 4th Cir. Certiorari denied.

No. 11–1463. RAY v. MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 11–1464. WHITE v. MERCADO ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–1465. JOHNSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 11–1466. MISSOURI TITLE LOANS, INC. v. BREWER. Sup. Ct. Mo. Certiorari denied.

No. 11–1467. NELSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF NELSON, DECEASED v. AERONAUTICAL ACCESSORIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–1468. PINTER v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1469. MCCOY v. MISSISSIPPI STATE TAX COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 11–1470. MCCASKILL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–1472. STARNES v. MCLEOD, FKA STARNES. Sup. Ct. S. C. Certiorari denied.